# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERRY JOE ORMOND,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:10-CV-01395-RLH-(PAL)

**ORDER**

    The court ordered (#2) petitioner to show cause why this action should not be dismissed as untimely pursuant to 28 U.S.C. § 2244(d). Petitioner has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely. The clerk of the court shall enter judgment accordingly.

    DATED: November 2, 2010.

    _____
    ROGER L. HUNT
    Chief United States District Judge